UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

_Timothy Lamell Miller_

Jury Trial Demanded: Yes____ No____

_____
Name(s) of Plaintiff or Plaintiffs

-vs-

_Career Start Staffing_
_AILeek_

DISCRIMINATION COMPLAINT

~~23~~ -CV- _6124-CJS_

_____
Name of Defendant or Defendants

FILED FEB 2 3 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, AND a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

*Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

__✓__ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
   **NOTE**: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

__✓__ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE**: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE**: In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above,** you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

☑ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1. My address is: 165 EDGELAND St Rochester N.Y. 14609

   My telephone number is: 585-419-5232

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: Career Start Staffing

   Number of employees: Several, Aileek, Lee, Kevin, Kristy, Dianne, ADAMS (H.R.)

   Address: 19 Cambridge

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: Mercury Printing / Lidestri foods

   Address: Can remember Mecury Printing Addres But Lidestri Food 1620 Lee Rd

**CLAIMS**

4. I was first employed by the defendant on (date): 8/8/22

2

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____ December of 2022

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): 2/22/23

7. I believe that the defendant(s)

   a. ✓ Are still committing these acts against me.
   b. _____ Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above)   The last discriminatory act against me occurred on (date) _____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is
   _____
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____

11. The Equal Employment Opportunity Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

   a. _____ Failure to provide me with reasonable accommodations to the application process

   b. _____ Failure to employ me

   c. ✓ Termination of my employment

   d. ✓ Failure to promote me

   e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

   f. ✓ Harassment on the basis of my sex

   g. ✓ Harassment on the basis of unequal terms and conditions of my employment

   h. ✓ Retaliation because I complained about discrimination or harassment directed toward me

   i. ✓ Retaliation because I complained about discrimination or harassment directed toward others

   j. _____ Other actions (please describe) He Retaliated because I reported (Aileek) terminated my contract cause I reported harassment to Mercury Printing

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a. ✓ Race          f. _____ Sexual Harassment

   b. _____ Color     g. ✓ Age  11/24/74 Date of birth

   c. ✓ Sex           h. _____ Disability
                       Are you incorrectly perceived as being
   d. _____ Religion   disabled by your employer?
                       ✓ yes ___ no
   e. _____ National Origin

15. I believe that I was ✓ /was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    __✓__ **has not** issued a Right to sue letter
    _____ **has** issued a Right to sue letter, which I received on _____

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

I file a complaint against Lee, who assume his name was Lee. He told me today his name is Aileek. A man name Lee came to me in said I had the wrong person. He began laughing whispering I am not in the right frame of mind. Career Start staff treated me unfair after they terminated my contract for no reason.

Note that Career Start Employees said Aileek told them to complain in say I were disable

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    __✓__ 60 days or more have elapsed    _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

_____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

___

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 2/23/23                                    _Timothy Miller_
                                                      Plaintiff's Signature

Civil Suit

Plaintiff Timothy Miller

Against

Career start staffing Aileek

I filed a civil suit against Career Start Staff for terminating my contract for no reason. I report to H.R that I were being discriminated by career start staff employee.

After I filed a civil suit in federal court I decided to speak to H.R Staffing. I was told that the H.R staff that assisted me within the past wasn't working at present. I was told that LEE name is Aileek while another employer from Career Start stated that I had the wrong person. A man name Lee stated that I had the wrong person.

Aileek who told me his name was LEE lied about his Employment name. On several occasions he assumed as if he was lee. The same exact discriminatory acts perpetuated beyond my control. While working for Private Labor located on Lyell Ave (1686 address). Private labor assumed that my name was tim smith. I ask them on several occasions to change my last name because it's miller in not smith. Rumors circulated that I was not in the right frame of mind. This is exactly what has been circulating for Lovely Ann Warren in the city of Rochester N.Y.

My constitutional rights are being violated by Rochester N.Y employment agencies. Lee who nowadays had me under the assumption that his name was lee has message me under Lee and not his original name aileek. While talking to Lee he began telling me that I had the wrong person. On several occasion Aileek opposed as lee even had a child answer his saying don't call my dad (you a grown man).

On another occasion Aileek who opposed as lee had me to come back to Career Start for employment card. When I came back he ran over by children in ask me to come over while kids were staring at me. Lee who had assume that was his name told me my contract was terminated because I called H.R at Mercury Printing about Aileek employee discriminating against me.

I went to a supervisor because of employee stated that Career start staff were telling employees if they get me fired I would be homeless. Rumors Circulated that lee who is Aileek along with Kevin who works for Career start were telling people money up to get rid of a pedophile for Lee (who is Aileek) because I reported him to H.R that it was him who terminated my contract in that he was getting paid to do it.

Aileek who is lee continue to say I was wrong for going to a supervisor even though I work with these supervisor. The lady I spoke to on 2/22/23 assumed that I was complaining about racism in that was not the case. Mercury Print company let me work without any other discrepencies . I get a call that my assignment was terminated due to I reporting misconduct. Not to say I was wrong but to terminate my contract.

Lee who I knew from the neighborhood was laughing because he assumed I didn't know aileek name. on several occasion I finally understood why employees kept laughing that they gave me the wrong name when I mentioned LEE as Aileek.

I am being discriminated whenever I work for a company due to blacks telling people to discriminate against because I supposedly felt on me niece in a host of relatives. Whenever I enter these building for assistance to work they discriminate while leaving me with no options than to be homeless or fight for my rights.

The first amendment is freedom of speech. I went to H.R to resolve a problem. I was terminated for addressing a problem. Mercury printing company terminated my contract cause I reported Career Start staff employee were placing bottles in front of the area I work which makes it harder for me to work. I see I were terminated for no reason.

I was being discriminated by Lidestri Foods, Career Start Staffing, Mercury Print company. A complete investigation needs to be investigated due to Discrimination, unlawful discrimination using sex, Retaliation, harassment because I complained. I FILED A COMPLAINT AGAINST Aileek who opposed as if he was lee.

Please investigate using camera surveillance/.